IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD THOMAS OBERG,

    Plaintiff,                  No. CIV S-03-1519 FCD GGH P

    vs.

EDWARD ALAMEIDA, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Defendants' summary judgment motion filed February 22, 2005, is pending before the court. Because it is unlikely that defendants' motion will be resolved before the pretrial conference and jury trial, these dates will be vacated.

        Accordingly, IT IS HEREBY ORDERED that the pretrial conference set for May 21, 2005, and the jury trial set for August 2, 2005, are vacated; these dates will be re-set, if appropriate, following resolution of defendants' summary judgment motion.

DATED: 4/27/05

                                            /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

GGH:kj
ober1519.vac

1