1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GERALD THOMAS OBERG,

11                Plaintiff,                    No. CIV S-03-1519 FCD GGH P

12        vs.

13   EDWARD ALAMEIDA, et al.,

14                Defendants.                   ORDER

15   _____/

16        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19        On June 20, 2005, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty days.  Plaintiff

22   has filed objections to the findings and recommendations.

23        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

24   304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

25   file, the court finds the findings and recommendations to be supported by the record and by

26   proper analysis.

1

1             Accordingly, IT IS HEREBY ORDERED that:

2             1.  The findings and recommendations filed June 20, 2005, are adopted in full;

3 and

4             2.  Defendants' February 22, 2005, summary judgment motion is granted.

5 DATED:August 19, 2005

6

7                      /s/ Frank C. Damrell Jr.

8                      FRANK C. DAMRELL JR.
                     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26